# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Giant Snacks, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **MINUTES: SETTLEMENT CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wild Dutchman Products, Inc., and | ) | |
| Southern Sun, LLC, | ) | Case No. 3:17-cv-242 |
| | ) | |
| Defendants. | ) | |

Magistrate Judge Charles S. Miller conducted a settlement conference in the above-entitled action on April 17, 2018, at the U.S. Courthouse in Fargo, North Dakota.

The following individuals were in attendance:

| Giant Snacks, Inc. | Wild Dutchman Products, Inc. | Southern Sun, LLC |
|---|---|---|
| Katherine Moerke | William Harrie | Erik Swenson |
| Joel Leviton | Tobey Vander Laan | Greg Bich |
| Fred Strege | Shellby Vander Laan | Dan Dale |
| Jason Schuler | | Kristin Bich |
| Robert Schuler | | Peter Crema, Jr. |
| Kristen Mumm | | |
| Colleen Goodfrey | | |

Notes: The parties reached a settlement agreement.